United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 14, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41054
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RODNEY DEWAYNE MCMORRIS,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:04-CR-74-3
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Rodney Dewayne Morris
has requested leave to withdraw and has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967).  McMorris has filed
a response in which he requests the appointment of new counsel.
The Government has moved to dismiss the appeal based on
McMorris's appeal waiver.

     Our independent review of the record, counsel's brief, and
Morris's reply discloses no nonfrivolous issue for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities, defendant's motion for appointment of new counsel is DENIED, the Government's motion to dismiss is DENIED, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.